1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   BRANDON J. RUBIO,

9                              Plaintiff,

10           v.

11   MASON COUNTY, et al.,

12                              Defendants.

Case No. C23-5435-JLR-SKV

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*
AND DIRECTING INSTITUTION TO
CALCULATE, COLLECT, AND
FORWARD PAYMENTS

13

14        Plaintiff is a detainee proceeding *pro se* in this civil rights action.  The Court, having

15   reviewed Plaintiff's amended application to proceed *in forma pauperis* (IFP), Dkt. 5, hereby

16   finds and ORDERS as follows:

17        (1)     Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or

18   give security therefore.  Accordingly, Plaintiff's amended application to proceed IFP, Dkt. 5, is

19   GRANTED.  As set forth below, an initial partial filing fee will be collected, and plaintiff is

20   thereafter required to make monthly payments of 20 percent of the preceding month's income

21   credited to his account until the full amount of the filing fee is satisfied.

22        (2)     Pursuant to 28 U.S.C. § 1915, and plaintiff's approved application to proceed IFP,

23   the agency having custody of the above-named plaintiff is directed to calculate an initial partial

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

1   filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the

2   prisoner's account; or (b) the average monthly balance in the prisoner's account for the 6-month

3   period immediately preceding the date of this Order.  The initial partial filing fee should be

4   forwarded to the Clerk of Court as soon as practicable.

5         Subsequently, if the prisoner's account exceeds $10.00, each month the agency having

6   custody of the prisoner is directed to collect and forward payments equal to 20 percent of the

7   prisoner's preceding month's income credited to the prisoner's account.  In the event that the

8   monthly payment would reduce the prisoner's account below $10.00, the agency should collect

9   and forward only that amount which would reduce the prisoner's account to the $10.00 level.

10   Please note that this $10.00 limit does not apply to the initial partial filing fee described above.

11   Finally, the monthly payments should be collected and forwarded to the Court until the entire

12   filing fee ($350.00) for this matter has been paid.

13         (3)     The Clerk is directed to send a copy of this Order to plaintiff, to the financial

14   officer of this Court, and to the Mason County Jail.

15         Dated this 28th day of June, 2023.

16

17                                                   S. KATE VAUGHAN
                                                     United States Magistrate Judge

18

19

20

21

22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2