UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON J. RUBIO,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MASON COUNTY, et al.,<br><br>　　　　　Defendants. | CASE NO. C23-5435JLR-SKV<br><br>ORDER |

Before the court are (1) United States Magistrate Judge S. Kate Vaughan's September 11, 2023 report and recommendation (R&R (Dkt. # 12)) and (2) Plaintiff Brandon J. Rubio's objections thereto (Obj. (Dkt. # 14)). In her report and recommendation, Magistrate Judge Vaughan recommended that the court dismiss Mr. Rubio's complaint without prejudice for failure to prosecute. The court has reviewed the report and recommendation, Mr. Rubio's objections, the balance of the record, and the governing law. Being fully advised, the court DECLINES to adopt the report and

//

ORDER - 1

recommendation and, instead, GRANTS Mr. Rubio additional time to file an amended complaint.

The court mailed Mr. Rubio copies of its orders granting him leave to proceed *in forma pauperis* (IFP Order (Dkt. # 6)) and declining service and granting leave to amend (6/28/23 Order (Dkt. # 8)), but both orders were returned as undeliverable (*see* Notices (Dkt. ## 9, 13). Mr. Rubio failed to provide a current mailing address within 60 days. *See* Local Rules W.D. Wash. LCR 41(b)(2) ("A party proceeding *pro se* shall keep the court and opposing parties advised as to his or her current mailing address," and if mail is returned as undeliverable, the plaintiff must provide a current mailing address "within 60 days" or risk dismissal). Accordingly, on September 11, 2023, Magistrate Judge Vaughan recommended that Mr. Rubio's action be dismissed without prejudice for failure to prosecute. (R&R at 2.)

Mr. Rubio timely filed objections on September 25, 2023. (*See generally* Obj.) Mr. Rubio stated that he "ha[s] been medically unavailable" and "apologize[d] to the court for any deficiencies" in his complaint. (*Id.* at 1.)

The court is sympathetic to Mr. Rubio's medical situation and trusts that he will do his best "to prove to th[e] court that this case is meritorious." (*Id.* at 3.) Mr. Rubio may file an amended complaint that corrects the deficiencies outlined in Magistrate Judge Vaughan's order by no later than **November 1, 2023**. (*See* 6/28/23 Order.) If Mr. Rubio fails to timely file an amended complaint, this action may be dismissed for failure to prosecute.

//

1    For the foregoing reasons, the court DECLINES to adopt Magistrate Judge

2 Vaughan's report and recommendation (Dkt. # 12) and GRANTS Mr. Rubio additional

3 time to file an amended complaint. The Clerk is DIRECTED to mail copies of the

4 following documents to Mr. Rubio's address at the Mason County Jail: (1) this order

5 (Dkt. # 15); (2) the IFP Order (Dkt. # 6); and (3) Magistrate Judge Vaughan's June 28,

6 2023 Order (Dkt. # 8).

7    Dated this 2nd day of October, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 3