UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON J. RUBIO,

        Plaintiff,

    v.

MASON COUNTY, et al.,

        Defendants.

Case No. C23-5435-JLR-SKV

ORDER RE: RECENT FILINGS

       Plaintiff proceeds pro se and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action relating to his confinement at Mason County Jail. Plaintiff recently filed an "Order to Show Cause for a Preliminary Injunction & Temporary Restraining", along with a declaration and memorandum in support. Dkt. 29. Plaintiff also filed a Request for Production of Documents. Dkt. 28. Having considered these filings, the Court herein advises and finds as follows:

       (1)    Plaintiff's "Order to Show Cause for a Preliminary Injunction & Temporary Restraining", Dkt. 29, is construed as a motion seeking a preliminary injunction and is noted for consideration on **January 12, 2024**. The Court further directs Defendants to file and serve a

ORDER RE: RECENT FILINGS - 1

response to Plaintiff's construed motion for preliminary injunctive relief on or before **January 8, 2024**. Plaintiff may file and serve a reply on or before the **January 12, 2024** noting date.

(2) Plaintiff also filed a Request for Production of Documents. Dkt. 28. However, as the Court previously advised, *see* Dkt. 18, discovery should, in general, be conducted between the parties. Plaintiff is herein advised that requests for discovery should be sent to opposing parties, not to the Court. The Court's role is limited to resolving disputes regarding discovery if they arise. *See* Fed. R. Civ. P. 37(a)(1) (motion to compel discovery must include a certification that the movant conferred with opposing counsel or made a good faith effort to do so) and Local Civil Rule 37(a)(1) (good faith effort to confer requires a face-to-face meeting or telephone conference). *See also Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (per curiam) (pro se litigants remain bound by the rules of procedure) (citing *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987)). The Court, for these reasons, directs the Clerk to return the Request for Production of Documents, Dkt. 28, to Plaintiff.

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable James L. Robart.

Dated this 4th day of December, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER RE: RECENT FILINGS - 2