UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON J. RUBIO,

           Plaintiff,

  v.

MASON COUNTY, et al.,

           Defendants.

Case No. C23-5435-JLR-SKV

ORDER TO SHOW CAUSE

This is a civil rights action brought under 42 U.S.C. § 1983. On November 14, 2023, the Court issued an Order directing service of Plaintiff's civil rights complaint on Nisqually Correctional Complex employees Cpl. Freeman and Nurse Lisa. Dkt. 21. The service packets directed to these individuals were presumably received as they were not returned to the Court as undeliverable. However, to date, these individuals have not returned the waivers of service of summons which were included in their service packets. The Court, as such, hereby ORDERS as follows:

(1) Defendants Cpl. Freeman and Nurse Lisa shall SHOW CAUSE within **twenty-one (21) days** of the date of this Order why the Court should not direct that they be personally

ORDER TO SHOW CAUSE - 1

served and why the cost of such personal service should not by assessed pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure.

(2) The Clerk is directed to send copies of this Order to Plaintiff, to Defendants Cpl. Freeman and Nurse Lisa at the Nisqually Correctional Complex, to all counsel of record, and to the Honorable James L. Robart. The Clerk is also directed to send a courtesy copy of this Order to the Nisqually Prosecuting Attorney.

Dated this 12th day of February, 2024.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2