UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON J. RUBIO,

Plaintiff,

v.

MASON COUNTY, et al.,

Defendants.

CASE NO. C23-5435JLR-SKV

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge S. Kate Vaughan's report and recommendation, in which she recommends granting Defendants Mason County, Paula Blush, Angela Brown, Kevin Hanson, Randy Newell, Andrew Ostergard, Tonia Reed, and Shane Shoeneberg's (the "Mason County Defendants") motion for partial judgment on the pleadings. (R&R (Dkt. # 68); *see* Mot. Partial J. (Dkt. # 50).) *Pro se* Plaintiff Brandon J. Rubio did not file objections or otherwise respond to Magistrate Judge Vaughan's report and recommendation. (*See generally* Dkt.) Having reviewed

//

Magistrate Judge Vaughan's report and recommendation, the relevant portions of the record, and the governing law, the court finds and ORDERS:

(1) The court ADOPTS the report and recommendation (Dkt. # 68).

(2) The court GRANTS the Mason County Defendants' motion for partial judgment on the pleadings (Dkt. # 50) and DISMISSES Mr. Rubio's request for injunctive relief and counts 1, 3, 4, 5, 6, and 7 of his complaint (Dkt. # 20), as stated against the Mason County Defendants. The dismissal as to injunctive relief and count 6 is with prejudice, and as to counts 1, 3, 4, 5, and 7 is without prejudice.

(3) The court DIRECTS the Clerk to send copies of this order to the parties and to Magistrate Judge Vaughan.

Dated this 10th day of June, 2024.

JAMES L. ROBART
United States District Judge