UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON J. RUBIO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MASON COUNTY, et al.,<br><br>　　　　　　Defendants. | Case No. C23-5435-JLR-SKV<br><br>ORDER TO SHOW CAUSE |

On May 30, 2024, Healthcare Delivery Systems (HDS) Defendants Shannon Slack, David Guidry, Dianne Houldon, Julie Rice, Jennifer Saucier, and Nurse Bre Doe submitted a waiver of service of summons reflecting that an answer to the Amended Complaint would be filed within sixty days after May 16, 2024.  Dkt. 72.  HDS Defendants have not, however, submitted an answer, or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure, within that timeframe.  Accordingly, the Court does hereby ORDER as follows:

　　　　(1)　　HDS Defendants shall SHOW CAUSE within **twenty-one (21) days** of the date on which this Order is signed why default should not be entered against them in this action for failure to plead or otherwise defend.

　　　　(2)　　The Clerk is directed to send copies of this Order to the parties and to the

ORDER TO SHOW CAUSE - 1

Honorable James L. Robart.

Dated this 2nd day of August, 2024.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2